UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANTIONETTE SABLE and BARRY SABLE,

                Plaintiffs,

- against -

ROOSEVELT ISLAND OPERATING CORP.,
RUDY LALJI, CAROL RUBINO, FRANK
NAZARIO, VINCENT KOPICKI, JOEY
HARARIAN, J. SINGH, and
CHRISTOPHER D. BAKER,

                Defendants.
-------------------------------------------------------X

No. 05 Civ. 2108 (DLI) (JMA)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

1. The time for all of the defendants to answer the complaint is hereby extended to and including September 2, 2005.

2. This extension does not alter the schedule for the initial conference, currently scheduled for September 16, 2005.

3. This is defendants' second request for an extension of time.

4. This stipulation may be executed in counterparts.

5.　　A facsimile signature shall be deemed an original.

Dated: New York, New York
　　　　July 27, 2005

SHAFRAN & MOSLEY, P.C.　　　　　　ELIOT SPITZER
Attorneys for Plaintiffs　　　　　　　　Attorney General of the State of New York
By:　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　By:

_____　　　_____
Howard E. Shafran　　　　　　　　　　Eugene Benger (EB-4447)
350 Fifth Avenue, Suite 2310　　　　　Assistant Attorney General
New York, NY 10118　　　　　　　　　120 Broadway, 24th Floor
(212) 631-7000　　　　　　　　　　　　New York, New York 10271
　　　　　　　　　　　　　　　　　　　(212) 416-6276

SO ORDERED

_____
Hon. Joan M. Azrack
United States Magistrate Judge

8-9-05